**Opinion filed April 19, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00267-CV

_____

## IN THE INTEREST OF T.J., A CHILD

**On Appeal from the 42nd District Court**

**Callahan County, Texas**

**Trial Court Cause No. 19,521**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a final order signed on September 1, 2011, in a suit affecting the parent-child relationship. We dismiss the appeal for want of prosecution.

The clerk of this court notified appellant, K.J., by a written letter dated December 12, 2011, that his brief was due for filing on or before January 2, 2012. Appellant subsequently filed a motion for extension of time to file his brief. The court granted his motion in part by extending the deadline until March 1, 2012, in a letter ruling issued on January 5, 2012. On March 20, 2012, the clerk of this court advised appellant in writing that his brief was past due. The clerk further informed appellant that, on its own motion, the court had granted him an extension until April 9, 2012, to file his brief. The clerk's letter of March 20, 2012, further advised appellant that the failure to file his brief by April 9, 2012, might result in his appeal being dismissed for

want of prosecution pursuant to Tex. R. App. P. 38.8 and 42. There has been no response to the clerk's letter of March 20, 2012. The failure to timely file appellant's brief appears to be due to appellant's acts and omissions.

Therefore, pursuant to Tex. R. App. P. 38.8(a)(1) and 42.3(b), the appeal is dismissed for want of prosecution.

PER CURIAM

April 19, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.